Case 4:17-cv-01512   Document 20   Filed on 09/07/17 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 07, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Kevin Connors<br>*Plaintiff,* | § § § | |
| V. | § | Civil Action 4:17−cv−01512 |
| Edgar Halupis, et al.<br>*Defendant.* | § § § § | |

## SCHEDULING ORDER

1. October 15, 2017 — **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
   Party requesting joinder will furnish a copy of this scheduling order to new parties.

   **EXPERTS**

2a. February 1, 2018 — Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

2b. March 1, 2018 — Defendant, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

3. June 1, 2018 — **DISCOVERY**
   Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post−deadline discovery.

4. July 1, 2018 — **MOTIONS DEADLINE**
   Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may <u>not</u> be changed by agreement.

**JOINT PRETRIAL ORDER**

| | | |
|---|---|---|
| 5a. | October 19, 2018 | THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with a computer disc). |
| 5b. | October 22, 2018 | THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date. |
| 6. | October 26, 2018 | **DOCKET CALL** is set at 1:30 PM in Courtroom 9A. |
| 7. | November 2018 | **TRIAL** Case is subject to being called to trial on short notice during this month. |
| 7a. | 2 days | Estimated days to try |
| 7b. | Jury Trial | Trial to be jury or non–jury. |

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on September 7, 2017 at Houston, Texas.

_Vanessa D. Gilmore_
Vanessa D. Gilmore
United States District Judge