Case 4:17-cv-01512 Document 76-2 Filed on 05/03/19 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 20, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KEVIN CONNORS, *Plaintiff,* v. EDGAR HULIPAS, et al., *Defendants.* | **CASE NO.: 4:17-cv-1512** |

## ORDER

On this day came on to be considered *Unopposed Plaintiff's Motion for Plaintiff to File an Amended Opposition to Defendants' Motions for Summary Judgment* and the motion is **GRANTED**.

It is hereby **ORDERED** that Plaintiff has until July 12, 2019 to file an amended response to Defendants' motions for summary judgment. Docket call changed to October 25, 2019 at 1:30 pm.

DATE: 5-16, 2019

HON. VANESSA D. GILMORE
U.S. DISTRICT COURT JUDGE