UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Kevin Connors

*versus*   Case Number: 4:17–cv–01512

Edgar Halupis, et al.

## NOTICE OF NON–COMPLIANCE

The appellant or counsel for the appellant has failed to:

- Submit the DKT13 transcript order form.

Date: March 20, 2020.

David J. Bradley, Clerk