United States District Court
Southern District of Texas
**ENTERED**
October 18, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KEVIN CONNORS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:17-CV-1512 |
| | § | |
| **DR. EDGAR HULIPIS, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

On October 12, 2021, trial of this case began. Plaintiff Kevin Connors ("Plaintiff") and Defendants Terry Speer and Dr. Edgar Hulipas ("Defendants") appeared and announced ready for trial, and the case was tried to a jury from October 12, 2021 to October 14, 2021. At the conclusion of Plaintiff's case in chief, Defendants moved for judgment as a matter of law as to Plaintiff's claims. Fed. R. Civ. P. 50(a). The Court denied Defendants' motion as to Plaintiff's Eighth Amendment claim of inadequate medical care.

The case was submitted to the jury on October 14, 2021. The jury questions and answers, (Instrument No. 205), were as follows:

## QUESTION NO. 1

Do you find that Plaintiff Connors proved, by a preponderance of the evidence, that Defendant Speer or Hulipas was deliberately indifferent to a substantial risk to his health, and thereby caused him substantial harm in violation of Plaintiff Connors' Eighth Amendment rights?

Answer "Yes" or "No" for each Defendant.

Terry Speer: **NO**

Dr. Edgar Hulipas: **NO**

## QUESTION NO. 2

Do you find, from a preponderance of the evidence, that Defendant Hulipas or Speer's conduct was in violation of clearly established rights of which a reasonable person would have known?

Answer "Yes" or "No" for any Defendant for which you answered "Yes" on Question No. 1.

Terry Speer:          Yes _____ No _____

Dr. Edgar Hulipas:    Yes _____ No _____

## QUESTION NO. 3

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Connors for the violation of his Constitutional rights?

Answer in dollars and cents, if any, or "none," ONLY for each Defendant, if any, against which you found that Plaintiff Connors proved a claim.

Terry Speer:          $_____

Dr. Edgar Hulipas:    $_____

Based on the verdict of the jury, **IT IS HEREBY ORDERED THAT** judgment is **GRANTED** in favor of Defendants. Accordingly, Plaintiff takes nothing from Defendants.

**THIS IS A FINAL JUDGMENT**

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 16th day of October, 2021, at Houston, Texas.

                                        **VANESSA D. GILMORE**
                                   **UNITED STATES DISTRICT JUDGE**