IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KEVIN CONNORS,<br><br>    *Plaintiff,*<br><br>v.<br><br>EDGAR HULIPAS, et al.,<br><br>    *Defendants.* | CIVIL ACTION NO.: 4:17-cv-1512 |

## PLAINTIFF'S NOTICE OF APPEAL

TO THE HONORABLE VANESSA GILMORE:

NOW COMES PLAINTIFF and files notice of appeal to the United States Fifth Circuit Court of Appeals from the United States District Court for the Southern District of Texas, Houston Division, appealing judgments and orders including:

1). The Final Judgment (Doc. 207) entered October 18, 2021.

2). The Opinion on Summary Judgment (Doc. 114) entered February 7, 2020.

3). All other orders in the case, if any, including those denied by mooting at final judgment.

The October 18, 2021 Final Judgment disposed of all claims and constituted a final judgment making all orders subject to appeal.

//

//

Date: November 14, 2021

Respectfully submitted,

*/s/ Jerold D. Friedman*
Jerold D. Friedman
California SBN 290434
SDTX Federal ID 2117436
LAW OFFICE OF JEROLD D. FRIEDMAN
8544 W. Bellfort Blvd. #330
Houston, TX 77071
(213) 536-1244
fax (281) 667-3506
jerry@lawofficejdf.com
***Attorney for Plaintiff***

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that he has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on November 14, 2021. FED.R.CIV.P. 5(b).

*/s/ Jerold D. Friedman*
Jerold D. Friedman