1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF TEXAS
2                    HOUSTON DIVISION

3   KEVIN CONNORS                .  C.A. NO. H-17-1512
                                 .  HOUSTON, TEXAS
4   VS.                          .
                                 .  AUGUST 26, 2019
5   DR. EDGAR HULIPAS, et al     .  4:07 P.M. to 4:24 P.M.

6

7              TRANSCRIPT of MOTION HEARING
          BEFORE THE HONORABLE VANESSA D. GILMORE
8                UNITED STATES DISTRICT JUDGE

9

10  APPEARANCES:

11  FOR THE PLAINTIFF:            JEROLD DANIEL FRIEDMAN
                                  Law Office of Jerold D.
12                                   Friedman
                                  8544 W. Bellfort Avenue
13                                Suite 330
                                  Houston, Texas  77071
14

15
    FOR DEFENDANTS DR. EDGAR HULIPAS,
16  TERRY SPEER, UTMB:            KELSEY L. WARREN
                                  Assistant Attorney General
17                                Law Enforcement Division
                                  Office of the Attorney
18                                   General
                                  P.O. Box 12548
19                                Capitol Station
                                  Austin, Texas  78711
20

21

22

23

24
    Proceedings recorded by mechanical stenography, transcript
25  produced by computer-aided transcription.

1                          <u>APPEARANCES CONTINUED</u>

2   FOR DEFENDANT TDCJ:              BRUCE R. GARCIA
                                     Office of the Attorney
3                                      General
                                     P.O. Box 12548
4                                    Capitol Station
                                     Austin, Texas  78711
5

6
    OFFICIAL COURT REPORTER:        KATHY L. METZGER
7                                    U.S. Courthouse
                                     515 Rusk
8                                    Room 8004
                                     Houston, Texas  77002
9                                    713-250-5208

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

P R O C E E D I N G S

1

2          *THE COURT:*  Connors versus Texas Department of

3    Criminal Justice.

4          *(Judge conferring with case manager)*

16:07:16   5          *THE COURT:*  All right.  Connors versus TDCJ and UTMB.

6    Who's here for the plaintiff, please?

7          *MR. FRIEDMAN:*  Jerold Friedman for Mr. Connors, the

8    plaintiff.

9          *THE COURT:*  Mr. Friedman.

16:07:35  10          And who's here for TDCJ, I guess?

11          *MR. GARCIA:*  Bruce Garcia for the Texas Department of

12    Criminal Justice.

13          *THE COURT:*  Okay.  Mr. Garcia.

14          And who's here for the -- UT and I guess the

16:07:53  15    doctors?

16          *MS. WARREN:*  Yes, Your Honor.  Kelsey Warren for

17    Dr. Hulipas, Terry Speer, and the University of Texas Medical

18    Branch.

19          *THE COURT:*  Okay.  So I know this was filed like it

16:08:11  20    was an emergency kind of a deal, but did y'all have a chance --

21    did your -- Mr. Friedman, did you and Mr. Garcia and

22    Ms. Warren, did y'all have some conversation about what you

23    needed and what you wanted and whether or not there was any

24    potential resolution to your problems?

16:08:27  25          *MR. FRIEDMAN:*  We've had off-and-on conversation over

16:08:29   1   the last several weeks --

2            THE COURT:  Pardon me?

3            MR. FRIEDMAN:  We've had off-and-on conversation over

4   the last several weeks --

16:08:35   5            THE COURT:  Uh-huh.

6            MR. FRIEDMAN:  -- and we're presently at an impasse.

7            THE COURT:  Okay.  When was the last time you spoke to

8   Mr. Connors?

9            MR. FRIEDMAN:  Approximately 10 to 12 days ago.

16:08:45  10            THE COURT:  Okay.  So I guess I'm a little bit

11   confused, because -- well, I guess because of two things.  One,

12   does he have an appointment already coming up with UTMB, with a

13   gastroenterologist?

14            MR. FRIEDMAN:  Not that I'm aware of.  There is an

16:09:01  15   appointment scheduled for now in October of 2019.  That's the

16   last I knew, which is still two months out.

17            THE COURT:  Okay.  But that was my question.  Does he

18   have an appointment scheduled coming up?

19            MR. FRIEDMAN:  I don't know that that's with the

16:09:13  20   gastroenter -- I don't know that it's with the specialist he

21   needs.  I just know he has --

22            THE COURT:  Isn't that with the gastro?

23            MS. WARREN:  Yes, Your Honor.  It's with the

24   gastroenterology specialist, Hospital Galveston.

16:09:20  25            THE COURT:  Okay.  So, he does have an appointment

16:09:22  1  coming up --

2       *MR. FRIEDMAN:*  I know he has an appointment --

3       *THE COURT:*  -- with a gastroenterologist at UTMB in

4  October?

16:09:27  5       *MR. FRIEDMAN:*  I would trust the defendants'

6  representation.

7       *THE COURT:*  So you did not know that before today?

8       *MR. FRIEDMAN:*  I knew there was an appointment.  I

9  didn't recall that it was for a gastroenterology specialist.

16:09:35  10      *THE COURT:*  But isn't that what you were asking for as

11  part of your injunctive relief, that you wanted an appointment

12  with the gastro?

13      *MR. FRIEDMAN:*  Yeah.  He has a variety of medical

14  conditions.  I wasn't sure what he was going to be seen on that

16:09:46  15  date for.  I may just have overlooked it.  I just don't --

16      *THE COURT:*  So that part of your request is

17  resolved -- is moot then?

18      *MR. FRIEDMAN:*  It is not moot, Your Honor, because

19  he's having blood coming out of his anus right now.  He's

16:09:57  20  having puss coming out of his anus right now.  He needs to see

21  a doctor much more quickly than two months.

22      *THE COURT:*  Okay.  So did he ask to see a doctor and

23  he was denied?

24      *MR. FRIEDMAN:*  Yes.  He asked on -- July 19th was the

16:10:08  25  last time he asked, and he was told he would be seen by a GI

16:10:12  1  specialist within 30 days, on an expedited basis, which would

2  be --

3          THE COURT:  No, I know, but this is not a GI issue.

4  This is an emergency issue.  Did he ask to see a doctor on an

16:10:20  5  emergency basis and he was denied an opportunity to see a

6  doctor on an emergency basis?

7          MR. FRIEDMAN:  I do not --

8          THE COURT:  That's what I'm trying to figure out.  He

9  has a gastro appointment coming up.  So, we've got that.  So

16:10:31  10  that is one of the issues I wanted to get resolved.  But it

11  sounds like what you're saying is, it's not a gastro issue.

12  It's not an immediate gastro issue.  It's an immediate

13  emergency issue.

14          MR. FRIEDMAN:  Right.

16:10:41  15          THE COURT:  So did he ask for -- to be seen by an

16  emergency medical personnel, nurse practitioner or nurse or

17  doctor and he was denied an opportunity for emergency medical

18  care?

19          MR. FRIEDMAN:  Yes.  July 19 he asked for an emergency

16:10:53  20  and he was told he would be put on an expedited list and that

21  expedited list came and went.

22          THE COURT:  What does an expedited list mean?  I don't

23  know what that means.

24          MR. FRIEDMAN:  He was told he would be seen within 30

16:11:05  25  days, which would be August 18 -- or August 19, and he was seen

16:11:08   1   by a nurse on August 19th.

2           THE COURT:  And he was seen by a nurse?

3           MR. FRIEDMAN:  By a nurse.

4           MS. WARREN:  A nurse practitioner, Your Honor.

16:11:13   5           THE COURT:  Okay.

6           MR. FRIEDMAN:  Not by a GI specialist.

7           THE COURT:  Oh, stop.  Every time I ask a question --

8           MR. FRIEDMAN:  Sorry.

9           THE COURT:  -- you just -- you refuse to answer the

16:11:19  10   question that I'm asking.  I'm finished with the GI specialist.

11   We're done.  We've got an appointment.  That's coming up.

12           Now we're just dealing with the emergency

13   situation.

14           MR. FRIEDMAN:  I understand.

16:11:29  15           THE COURT:  He asked to see somebody on an emergency

16   basis and was he seen by somebody within 30 days or not?

17           MR. FRIEDMAN:  Not within 30 days.  31 days.

18           THE COURT:  Okay.  So he was seen by somebody on an

19   emergency basis on August the 19th?

16:11:40  20           MR. FRIEDMAN:  Correct.

21           THE COURT:  Okay.  So he was seen by somebody on an

22   emergency basis on August the 19th and they did whatever they

23   did and then now he still has an upcoming appointment with a

24   gastro guy in October?

16:11:50  25           MR. FRIEDMAN:  Correct.

16:11:50   1      *THE COURT:*  So what additional medical relief, either

2      emergency or gastro, do we still need?  It sounds like those

3      two issues have been addressed, at least the immediacy issue

4      with a nurse practitioner and then the gastro issue with the

16:12:05   5      upcoming appointment.  What else is it that has not happened?

6          *MR. FRIEDMAN:*  My position -- our position is that the

7      nurse practitioner is not an adequate specialist.

8          *THE COURT:*  Okay.  You don't get to pick what kind of

9      emergency person you get to see.  A nurse practitioner is a

16:12:19   10      medical professional.  So that -- I don't get to choose that.

11      And you don't get to choose that.  He got seen on an emergency

12      basis by somebody.  What else is it that you're still looking

13      to have happen in terms of seeking medical care at this point?

14          *MR. FRIEDMAN:*  So then we want the medical

16:12:34   15      prescriptive diet, low-residue diet to be ordered by the Court.

16          *THE COURT:*  Okay.  But here's the only problem with

17      that part.  I can't do an order that tells what a medical

18      procedure is going to happen.  Only a doctor can do that.  All

19      I can say is he needs to be seen by a doctor.  He needs to be

16:12:50   20      seen by a medical professional either on an emergency basis,

21      which in this case was the nurse practitioner, or a specialist,

22      which in this case because of the nature of his illnesses are

23      gastro related and he's got an appointment coming up.  But I

24      can't tell the doctor what prescription to give.  All I can say

16:13:07   25      is he needs to be seen and you need to do an order ordering

16:13:13  1  TDCJ what you want them to do.

2          Now, my issue with TDCJ and UTMB is, it appears

3  to me by looking at the records that sometime previously a

4  doctor has said that he needs this low-residue diet but that

16:13:31  5  somehow or another that didn't get translated into an order

6  that TDCJ put into place, Mr. Garcia.  So, where's the gap

7  missing between the doctor said, yes, he needs a low-residue

8  diet and TDCJ actually having something -- some order or

9  mandate from the medical team of what has to happen for him?

16:13:52  10        *MR. GARCIA:*  For UT -- excuse me.  For TDCJ to feed

11  Mr. Connors a low residue diet, simply somebody from UTMB,

12  the dietician or the person who sets up his food, would order

13  a TDCJ person at the Estelle Unit to give him a low-residue

14  diet consisting of and then they would give him that

16:14:10  15  prescription.

16        *THE COURT:*  And that seems like that had already

17  happened a long time ago.

18        *MR. GARCIA:*  But TDCJ's people, the food service

19  people, get the diet from the UTMB dietician.  We have not

16:14:21  20  received that order yet.  What we have received is just the

21  normal dialysis diet for Mr. Connors.

22        *THE COURT:*  Right.  Where's the order from UTMB for

23  his low-residue diet?

24        *MS. WARREN:*  Your Honor, it was never an order.  There

16:14:31  25  was no order.  It was a recommendation by the gastroenterology

16:14:34   1   specialist.

2        *THE COURT:*  So why didn't the recommendation get

3   turned into an order?

4        *MS. WARREN:*  Your Honor, there is no low-residue diet

16:14:40   5   that they prescribe.  They prescribed him -- there's no term

6   "low-residue diet."  The dialysis diet, as Ms. Kim outlined in

7   her affidavit, is a low-residue diet --

8        *THE COURT:*  Stop.  I'm not buying that.  You can just

9   forget about that part.

16:14:55  10        *MS. WARREN:*  Yes, Your Honor.

11        *THE COURT:*  You can forget about that.  When the

12   doctor said he needed a low-residue diet, why was there not an

13   order done, sent to the Estelle Unit saying, This is what he

14   needs in the way of a low-residue diet?  Don't tell me that

16:15:07  15   some nurse said, Oh, yeah, this is good enough.  The dialysis

16   diet is good enough.  Because this nonsense that you put in

17   this affidavit, that the doctor signed something, that the

18   nurse signed, then the nurse got from somebody from TDCJ, who

19   maybe said that this is the same thing, that's just some crap.

16:15:24  20   I'm not buying it, what you -- if that's what you're selling,

21   I'm not buying it.

22        So when the doctor from UTMB wanted him to have a

23   low-residue diet, what does the doctor next need to do in order

24   to make sure that the doctor's desires or mandate or order is

16:15:40  25   carried out by TDCJ?  What is the next step that has to happen?

16:15:46  1          *MS. WARREN:*  Your Honor, we have a dietician from UTMB
        2   here who can testify as to those issues.
        3          *THE COURT:*  Okay.  Bring the dietician up then.
        4               But I don't need them to describe the diet to me.
16:15:56  5   I need them to describe the actual protocol in terms of how it
        6   gets from the doctor's order to TDCJ.  The dietician tells me
        7   what the protocol is between UTMB and TDCJ?
        8          *MS. WARREN:*  Your Honor, the dietician would be
        9   involved in creating the diet.
16:16:16 10          *THE COURT:*  That's not my question.  I have a
       11   completely different question.  Who takes the doctor's orders
       12   and changes them into an order that TDCJ has to implement?
       13   Where's the missing step in terms of how that happens?
       14          *MS. WARREN:*  Your Honor, I'm not sure.
16:16:31 15          *THE COURT:*  That's what's missing here.  The doctor
       16   has said one thing.  TDCJ says, We'll do it if the doctor
       17   writes it down and tells us how to do it.  How does that
       18   happen?  What's that process for a doctor's orders to get
       19   written down and transmitted to TDCJ, so that they can do their
16:16:49 20   part?  They can't do it unless they get something in writing,
       21   I'm assuming, right?
       22          *MR. GARCIA:*  That's correct, Your Honor.
       23          *THE COURT:*  They can't do it unless they get something
       24   in writing from UTMB.  What is it that they would be getting in
16:17:00 25   writting from UTMB that would allow them to act?

16:17:04   1           *MS. WARREN:*  It would be an order that he receive a

2     specialty diet.

3           *THE COURT:*  And what -- who would sign that order?

4     Would that come from the doctor?

16:17:11   5           *MS. WARREN:*  It would be from either --

6           *MR. GARCIA:*  If I may, Your Honor?

7           *THE COURT:*  Sure, Mr. Garcia.

8           *MR. GARCIA:*  From my experience, at times it comes

9     either from the UTMB provider at Hospital Galveston, a

16:17:21  10     specialist will make a recommendation or a prescription to the

11     provider on the unit.  The provider on the unit will then take

12     what they have on the unit.  Usually I see this in

13     prescriptions.

14           *THE COURT:*  Okay.

16:17:31  15           *MR. GARCIA:*  But UTMB guy, Well, I want them to have

16     this.  The person at the local unit will look at it, what they

17     have on the TDCJ formulary and then they may prescribe a

18     substitution.  And it's my understanding --

19           *THE COURT:*  That's drugs.  That doesn't like --

16:17:46  20           *MR. GARCIA:*  But I have a feeling with a prescription

21     diet, which is something treated very similarly, I have a

22     feeling that is exactly the same process that goes on.

23           *THE COURT:*  So what UTMB would give you would be

24     some -- maybe even a little prescription slip of some sort,

16:17:59  25     like we would get, like, for drugs and it would say, This is

16:18:03   1    what this person needs to have?

2                   *MR. GARCIA:*  That is my understanding.

3                   *THE COURT:*  Did that ever happen in this case?

4                   *MS. WARREN:*  Not for a low-residue diet, no.

16:18:10   5                   *MR. FRIEDMAN:*  Your Honor --

6                   *THE COURT:*  But that was -- stop, stop, stop, stop.

7    Stop.  But wasn't that what the doctor recommended?

8                   *MS. WARREN:*  Yes, in -- yes.

9                   *THE COURT:*  Right.  And so then why did that

16:18:19  10    prescription never get written on a piece of paper and given to

11    UTM -- to TDCJ so that they can actually do what needed to be

12    done?

13                   *MS. WARREN:*  It's my understanding that there is no

14    low-residue diet.  That there is no diet defined --

16:18:35  15                   *THE COURT:*  Stop.  You're not answering my question.

16    Why did that never get written down on a piece of paper and

17    given to TDCJ?

18                   *MS. WARREN:*  Your Honor, I can't answer that question.

19    I apologize.

16:18:46  20                   *THE COURT:*  Why is it that -- and I understand it's

21    hard to get into specialist appointments, because I've been

22    trying to get a specialist appointment for myself.  It takes --

23    it took me two months to get the appointment that I had this

24    morning.  But is there any possibility that he can get in to

16:19:00  25    see the gastroenterologist before the end of October?  This is

16:19:04  1  August.   That's two more months away.

2            *MS. WARREN:*   Yes, it will happen before the end of

3  October.

4            *THE COURT:*   Okay.   Do you know when, by any chance?

16:19:11  5            *MS. WARREN:*   No, Your Honor, I don't know when in

6  October that's supposed to be scheduled.

7            *THE COURT:*   I'm saying can it be before that, is what

8  I'm asking?

9            *MS. WARREN:*   Yeah, we can do an emergency appointment,

16:19:17 10  yes.

11           *THE COURT:*   Okay.   Well, can we get that figured out?

12           *MS. WARREN:*   Yes, Your Honor.

13           *THE COURT:*   So he can get an appointment and figure

14  out what he needs.   And then we can get him -- if the doctor

16:19:26 15  still believes he needs a low-residue diet, can they write it

16  down so that TDCJ can be enabled to fulfill the doctor's

17  requests and the doctor's orders?

18           *MS. WARREN:*   Yes, Your Honor.

19           *THE COURT:*   Because there's something -- the missing

16:19:41 20  piece is, nobody's given the piece of paper from UTMB to TDCJ.

21  What's with that?   It's like a big gap, a big hole, where just

22  something needs to happen and just nobody is doing anything

23  about it.   The man has got puss coming out of his ass.   What

24  the hell.   This is ridiculous.   I mean, people aren't supposed

16:20:02 25  to have to live like that.

16:20:04  1    *MR. GARCIA:*  Your Honor, we may disagree with what has

2   been put in the affidavit.  We will get him the specialty

3   referral as quickly as possible.

4        *THE COURT:*  I don't know what you mean with "disagree

16:20:12  5   with what's been put in the affidavit."

6        *MR. GARCIA:*  I disagree with how they have put

7   Mr. Connors' condition before the Court.  We have had people

8   look at him the last couple of days, last week, several days,

9   and the physical -- he doesn't match up to what they're

16:20:24  10  portraying.

11       *THE COURT:*  Well, what do you think?  So, you tell me

12  what's happening to him then.

13       *MR. GARCIA:*  Your Honor, I would go with Mr. Chan's

14  affidavit that was filed with the Court, in terms of his

16:20:33  15  physical examination of the gentleman.  In addition --

16       *THE COURT:*  What did he say?

17       *MR. GARCIA:*  He said that there was no puss leaking,

18  that they did find no leakage.  However, because of

19  Mr. Connors' complaints, he went ahead and moved forward and

16:20:43  20  made the appointment expedited based on that.

21       *THE COURT:*  Uh-huh.

22       *MR. GARCIA:*  So, we have -- I think we have a

23  difference of what we feel is going on.  But I understand the

24  Court's concern, and we will get the referral done as quickly

16:20:53  25  as possible.  And we will find what the miscommunication is.

16:20:56   1   If the low-residue diet is ordered again and TDCJ is ordered to

2   provide it by a dietician, we'll get it done.

3       THE COURT:  Okay.  Let's get it done.  I mean, this

4   just doesn't make any sense.  It's just -- it's literally just

16:21:10   5   like a piece of paper is missing.  He's getting seen on the one

6   side, but then somehow or another what the doctor wants is not

7   getting translated or what the doctor recommends, I guess, I

8   should say, is not getting translated so that TDCJ can take

9   action on it.

16:21:27   10      MR. GARCIA:  And as I said earlier, Your Honor, the

11   only thing I can think of is we're in the situation of what

12   UTMB Galveston recommends is not what the provider on the unit

13   feels is the appropriate --

14      THE COURT:  So they get to just change what they want

16:21:38   15   to change?  When a doctor gives some orders, they get to just

16   change whatever they want to?

17      MR. GARCIA:  The doctor on the unit, it is my

18   understanding that they can --

19      THE COURT:  Oh, you're saying the doctor on the unit?

16:21:47   20      MR. GARCIA:  Yes, Your Honor.  Not TDCJ.

21      THE COURT:  Okay.

22      MR. GARCIA:  So, I was speaking for UTMB.

23      MS. WARREN:  It would be -- it would go from Hospital

24   Galveston to the Estelle Unit --

16:21:53   25      THE COURT:  Okay.

16:21:53  1          *MS. WARREN:*  -- that --

      2          *THE COURT:*  You're saying another doctor in TDCJ

      3  might --

      4          *MS. WARREN:*  Yes.

16:21:56  5          *THE COURT:*  -- change their mind?

      6          *MR. GARCIA:*  Yes, Your Honor.  The doctor for UTMB

      7  would look at the orders that came back from UTMB Galveston --

      8          *THE COURT:*  Uh-huh.

      9          *MR. GARCIA:*  -- and then adjust those orders to

16:22:05 10  whatever the unit has on hand.

     11          *THE COURT:*  Okay.

     12          *MS. WARREN:*  And that would be at the regional medical

     13  facility there at Estelle.

     14          *THE COURT:*  Okay.

16:22:11 15          *MR. GARCIA:*  Yes, Your Honor.

     16          *THE COURT:*  But right now you've got no order written

     17  down saying this is what he has to have?

     18          *MR. GARCIA:*  We have an order for a dialysis diet,

     19  Your Honor --

16:22:18 20          *THE COURT:*  All right.

     21          *MR. GARCIA:*  -- right now.

     22          *THE COURT:*  Okay.  So how about this:  Why don't you

     23  guys let me know when UTMB -- let me know when you can get him

     24  an appointment.

16:22:28 25          *MS. WARREN:*  Yes, Your Honor.

16:22:29   1      *THE COURT:*  Just call Byron back and let me know what

2    is going to happen and then I'm going to set you guys to come

3    back here to see me again after the date of whatever that

4    appointment is.

16:22:43   5      *MS. WARREN:*  Yes, Your Honor.

6      *THE COURT:*  But I'm hoping that the appointment is

7    going to be within the next 30 days, not two months away.  I

8    know it's hard to get in to see those specialists for

9    everybody, with all kinds of ailments, especially all us old

16:23:02  10    people.  Anyway, but as soon as you find out what the date is

11    going to be for his gastro appointment, call Byron.  But we're

12    going to reset this for after that date.

13      *MS. WARREN:*  Yes, Your Honor.

14      *THE COURT:*  And then hopefully at that point in time,

16:23:14  15    once he sees that specialist, the doctor will write down what

16    it is that he wants to have happen and send it over to TDCJ

17    medical staff, so that they know what it is that needs to

18    happen.  But I want to see -- that's why I want to see you guys

19    after the appointment, to make sure that that process has not

16:23:31  20    fallen in the hole again, where the doctor at UTMB makes a

21    particular recommendation -- and he may or may not -- he or she

22    may not say low-residue diet.  If they say that's not what's

23    needed, then that's the end of the discussion and we're

24    finished with the whole talk.

16:23:45  25            But if the doctor makes a specific recommendation

16:23:47   1   and -- I just want to make sure that somehow or another that

2   recommendation gets transmitted to TDCJ, so that you can carry

3   out and fulfill whatever the recommendation is from the doctor.

4   But if, you know, if the doctor says, No, he's fine, he doesn't

16:24:01   5   need it, well, then there's nothing else for us to talk about.

6   But right now, I mean, I can't prescribe or say that he needs

7   to get something in particular, because I don't know.  I'm not

8   a doctor and neither are you.

9        *MR. FRIEDMAN:*  I'm just asking that -- there's a long

16:24:13  10   history of him getting a -- you know, him being recommended

11   this diet.  We've got a paper --

12        *THE COURT:*  Okay.  And I saw that.  And that's why I

13   was hoping that he'd get to see a gastroenterologist sooner

14   than --

16:24:22  15        *MR. FRIEDMAN:*  Thank you.

16        *THE COURT:*  -- a couple months from now.  I mean, I

17   understand it takes a long time to get in to see a specialist

18   and all of that but --

19        *MR. FRIEDMAN:*  It's a long history.

16:24:28  20        *THE COURT:*  Huh?

21        *MR. FRIEDMAN:*  It's a long history.

22        *THE COURT:*  Right.  So somehow or another the

23   misconnect or the disconnect here is it's never getting

24   transmitted from UTMB to TDCJ.  We need to make sure that we

16:24:40  25   figure out where the gap is in that process.

16:24:42  1          So I'm just going to leave this pending.  I'll

2    see you guys after his doctor's appointment, which hopefully

3    will be within the next 30 days.

4          *MR. FRIEDMAN:*  Thank you, Your Honor.

16:24:50  5          *THE COURT:*  Okay.  Thank you guys.

6          *MS. WARREN:*  And we'll inform the Court of that date.

7          *THE COURT:*  Thank you.

8       *(Concluded at 4:24 p.m.)*

9                                    * * *

10   I certify that the foregoing is a correct transcript from the

11   record of proceedings in the above-entitled cause, to the best

12   of my ability.

13

14   /s/ *Kathy L. Metzger*                    *12-18-2021*
     Kathy L. Metzger                          Date
15   Official Court Reporter

16

17

18

19

20

21

22

23

24

25

MR. FRIEDMAN: [32]
MR. GARCIA: [23]
MS. WARREN: [28]
THE COURT: [81]

**/**
/s [1]   20/14

**1**
10 [1]   4/9
12 [1]   4/9
12-18-2021 [1]   20/14
12548 [2]   1/18 2/3
1512 [1]   1/3
18 [1]   6/25
19 [2]   6/19 6/25
19th [4]   5/24 7/1 7/19 7/22

**2**
2019 [2]   1/4 4/15
2021 [1]   20/14
26 [1]   1/4

**3**
30 [6]
31 [1]   7/17
330 [1]   1/13

**4**
4:07 [1]   1/5
4:24 [2]   1/5 20/8

**5**
515 [1]   2/7
5208 [1]   2/9

**7**
77002 [1]   2/8
77071 [1]   1/13
78711 [2]   1/19 2/4

**8**
8004 [1]   2/8
8544 [1]   1/12

**A**
ability [1]   20/12
above [1]   20/11
above-entitled [1]   20/11
act [1]   11/25
action [1]   16/9
actual [1]   11/5
actually [2]   9/8 13/11
addition [1]   15/15
additional [1]   8/1
addressed [1]   8/3
adequate [1]   8/7
adjust [1]   17/9
affidavit [5]   10/7 10/17 15/2
15/5 15/14
after [4]   18/3 18/12 18/19 20/2
ago [2]   4/9 9/17
ahead [1]   15/19
aided [1]   1/25
ailments [1]   18/9
al [1]   1/5
all [7]
allow [1]   11/25
another [5]   9/5 16/6 17/2 19/1
19/22
answer [2]   7/9 13/18
answering [1]   13/15
anus [2]   5/19 5/20
Anyway [1]   18/10
apologize [1]   13/19
APPEARANCES [2]   1/10 2/1
appears [1]   9/2
appointment [23]

appointments [1]   13/21
appropriate [1]   16/13
Approximately [1]   4/9
ass [1]   14/23
Assistant [1]   1/16
assuming [1]   11/21
Attorney [3]   1/16 1/17 2/2
AUGUST [7]
August 18 [1]   6/25
August 19th [1]   7/1
August the [2]   7/19 7/22
Austin [1]   1/19 2/4
Avenue [1]   1/12

**B**
back [3]   17/7 18/1 18/3
based [1]   15/20
basis [8]
been [4]   8/3 13/21 15/2 15/5
before [6]
believes [1]   14/15
Bellfort [1]   1/12
best [1]   20/11
between [2]   9/7 11/7
big [2]   14/21 14/21
blood [1]   5/19
Box [1]   1/18 2/3
Branch [1]   3/18
BRUCE [2]   2/2 3/11
buying [3]   10/8 10/20 10/21
Byron [2]   18/1 18/11

**C**
C.A [1]   1/3
call [2]   18/1 18/11
came [2]   6/21 17/7
can [21]
can't [6]
Capitol [1]   1/19 2/4
care [2]   6/18 8/13
carried [1]   10/25
carry [1]   19/2
case [4]   3/4 8/21 8/22 13/3
cause [1]   20/11
certify [1]   20/10
Chan's [1]   15/13
chance [2]   3/20 14/4
change [4]   16/14 16/15 16/16 17/5
changes [1]   11/12
choose [2]   8/10 8/11
coming [9]
complaints [1]   15/19
completely [1]   11/11
computer [1]   1/25
computer-aided [1]   1/25
concern [1]   15/24
Concluded [1]   20/8
condition [1]   15/7
conditions [1]   5/14
conferring [1]   3/4
confused [1]   4/11
CONNORS [1]
Connors' [2]   15/7 15/19
consisting [1]   1/1
CONTINUED [1]   2/1
conversation [3]   3/22 3/25 4/3
correct [4]   7/20 7/25 11/22 20/10
couple [1]   15/8 19/16
Court's [1]   15/24
crap [1]   10/19
creating [1]   11/9
Criminal [2]   3/3 3/12

**D**
DANIEL [1]   1/11
date [6]
days [10]
deal [1]   3/20
dealing [1]   7/12
DEFENDANT [1]   2/2

DEFENDANTS [1]   1/15
defendants' [1]   5/5
defined [1]   13/14
denied [3]   5/23 6/5 6/17
Department [2]   3/2 3/11
describe [2]   11/4 11/5
desires [1]   10/24
dialysis [4]   9/21 10/6 10/15
17/18
did [15]
didn't [5]   5/9 9/5 10/2
diet [29]
dietician [7]
difference [1]   15/23
different [1]   11/11
disagree [3]   15/1 15/4 15/6
disconnect [1]   19/23
discussion [1]   18/23
DISTRICT [3]   1/1 1/1 1/8
DIVISION [2]   1/2 1/17
doctor [32]
doctor's [7]
doctors [1]   3/15
does [6]
doesn't [4]   12/19 15/9 16/4 19/4
doing [1]   14/22
don't [13]
done [6]
down [6]
DR [3]   1/5 1/15 3/17
drugs [2]   12/19 12/25

**E**
earlier [1]   16/10
EDGAR [2]   1/5 1/15
either [4]   8/1 8/20 12/5 12/9
emergency [17]
enabled [1]   14/16
end [3]   13/25 14/2 18/23
Enforcement [1]   1/17
enough [2]   10/15 10/16
entitled [1]   20/11
especially [1]   18/9
Estelle [4]   9/13 10/13 16/24
17/13
even [1]   12/24
ever [1]   13/3
Every [1]   7/7
exactly [1]   12/22
examination [1]   15/15
excuse [1]   9/10
expedited [5]   6/1 6/20 6/21 6/22
15/20
experience [1]   12/8

**F**
facility [1]   17/13
fallen [1]   18/20
feed [1]   9/10
feel [1]   15/23
feeling [2]   12/20 12/22
feels [1]   16/13
figure [3]   6/8 14/13 19/25
figured [1]   14/11
filed [2]   3/19 15/14
find [3]   15/18 15/25 18/10
fine [1]   19/4
finished [2]   7/10 18/24
food [2]   9/12 9/18
foregoing [1]   20/10
forget [2]   10/9 10/11
formulary [1]   12/17
forward [1]   15/19
FRIEDMAN [5]   1/11 1/12 3/7 3/9
3/21
fulfill [2]   14/16 19/3

**G**
Galveston [5]   4/24 12/9 16/12
16/24 17/7

**G**

gap [1]   9/6 14/21 19/25
GARCIA [6]
gastro [10]
gastroenter [1]   4/20
gastroenterologist [4]   4/13 5/3 13/25 19/13
gastroenterology [3]   4/24 5/9 9/25
General [3]   1/16 1/18 2/3
gentleman [1]   15/15
gets [2]   11/6 19/2
GI [4]   5/25 6/3 7/6 7/10
GILMORE [1]   1/7
good [2]   10/15 10/16
guess [5]   3/3 3/14 4/10 4/11 16/7
guy [2]   7/24 12/15
guys [5]   17/23 18/2 18/18 20/2 20/5

**H**

H-17-1512 [1]   1/3
hand [1]   17/10
happens [1]   11/13
hard [2]   13/21 18/8
he [56]
he'd [1]   19/13
HEARING [1]   1/7
hell [1]   14/24
here's [1]   8/16
him [12]
history [3]   19/10 19/19 19/21
hole [2]   14/21 18/20
Honor [28]
HONORABLE [1]   1/7
hopefully [2]   18/14 20/2
hoping [2]   18/6 19/13
Hospital [3]   4/24 12/9 16/23
HOUSTON [4]   1/2 1/3 1/13 2/8
huh [4]   4/5 15/21 17/8 19/20
HULIPAS [3]   1/5 1/15 3/17

**I**

I'll [1]   20/1
I'm [17]
I've [1]   13/21
illnesses [1]   8/22
immediacy [1]   8/3
immediate [2]   6/12 6/12
impasse [1]   4/6
implement [1]   11/12
inform [1]   20/6
injunctive [1]   5/11
involved [1]   11/9
issue [8]
issues [3]   6/10 8/3 11/2

**J**

JEROLD [3]   1/11 1/11 3/7
JUDGE [2]   1/8 3/4
July [2]   5/24 6/19
July 19 [1]   6/19
July 19th [1]   5/24
Justice [2]   3/3 3/12

**K**

KATHY [3]   2/6 20/14 20/14
KELSEY [2]   1/16 3/16
KEVIN [1]   1/3
Kim [1]   10/6
kind [2]   3/20 8/8
kinds [1]   18/9
knew [2]   4/16 5/8

**L**

last [7]
Law [2]   1/11 1/17
leakage [1]   15/18

leaking [1]   15/17
least [1]   8/3
leave [1]   20/1
like [10]
list [3]   6/20 6/21 6/22
literally [1]   16/4
little [2]   4/10 12/24
live [1]   14/25
local [1]   12/16
long [5]   9/17 19/9 19/17 19/19 19/21
look [3]   12/16 15/8 17/7
looking [2]   8/12 9/3
low [17]
low-residue [16]

**M**

made [1]   15/20
make [6]
makes [2]   18/20 18/25
man [1]   14/23
manager [1]   3/4
mandate [2]   9/9 10/24
match [1]   15/9
may [7]
mean [6]
means [1]   6/23
mechanical [1]   1/24
medical [13]
METZGER [3]   2/6 20/14 20/14
might [1]   17/3
mind [1]   17/5
miscommunication [1]   15/25
misconnect [1]   19/23
missing [5]   9/7 11/13 11/15 14/19 16/5
months [6]
moot [2]   5/17 5/18
more [2]   5/21 14/1
morning [1]   13/24
MOTION [1]   1/7
moved [1]   15/19
Mr [9]
Mr. [4]   3/9 3/21 9/11 9/21
Mr. Connors [2]   9/11 9/21
Mr. Friedman [2]   3/9 3/21
Ms [2]   3/22 10/6
much [1]   5/21
myself [1]   13/22

**N**

nature [1]   8/22
need [7]
need them [1]   11/4
needed [4]   3/23 10/12 13/11 18/23
needs [14]
neither [1]   19/8
never [4]   9/24 13/10 13/16 19/23
next [4]   10/23 10/25 18/7 20/3
no [13]
nobody [1]   14/22
nobody's [1]   14/20
nonsense [1]   10/16
normal [1]   9/21
not [32]
nothing [1]   19/5
nurse [13]

**O**

October [6]
off [2]   3/25 4/3
off-and-on [2]   3/25 4/3
Office [3]   1/11 1/17 2/2
OFFICIAL [2]   2/6 20/15
Oh [3]   7/7 10/15 16/19
old [1]   18/9
once [1]   18/15
one [4]   4/11 6/10 11/16 16/5
only [3]   8/16 8/18 16/11
opportunity [2]   6/5 6/17

order [19]
ordered [3]   8/15 16/1 16/1
ordering [1]   8/25
orders [6]
out [11]
outlined [1]   10/6
over [3]   3/25 4/3 18/16
overlooked [1]   5/15

**P**

p.m [3]   1/5 1/5 20/8
P.O [2]   1/18 2/3
paper [5]   13/10 13/16 14/20 16/5 19/11
Pardon [1]   4/2
part [5]   5/11 5/16 8/17 10/9 11/20
particular [2]   18/21 19/7
pending [1]   20/1
people [5]   9/18 9/19 14/24 15/7 18/10
person [5]   8/9 9/12 9/13 12/16 13/1
personnel [1]   6/16
physical [2]   15/9 15/15
pick [1]   8/8
piece [5]   13/10 13/16 14/20 14/20 16/5
place [1]   9/6
plaintiff [3]   1/11 3/6 3/8
point [2]   8/13 18/14
portraying [1]   15/10
position [2]   8/6 8/6
possibility [1]   13/24
possible [2]   15/3 15/25
potential [1]   3/24
practitioner [6]
prescribe [3]   10/5 12/17 19/6
prescribed [1]   10/5
prescription [6]
prescriptions [1]   12/13
prescriptive [1]   8/15
presently [1]   4/6
previously [1]   9/3
problem [1]   8/16
problems [1]   3/24
procedure [1]   8/18
proceedings [2]   1/24 20/11
process [4]   11/18 12/22 18/19 19/25
produced [1]   1/25
professional [2]   8/10 8/20
protocol [2]   11/5 11/7
provide [1]   16/2
provider [4]   12/9 12/11 12/11 16/12
puss [3]   5/20 14/23 15/17
put [6]

**Q**

question [7]
quickly [3]   5/21 15/3 15/24

**R**

recall [1]   5/9
receive [1]   12/1
received [2]   9/20 9/20
recommendation [7]
recommended [2]   13/7 19/10
recommends [2]   16/7 16/12
record [1]   20/11
recorded [1]   1/24
records [1]   9/3
referral [3]   15/3 15/24
refuse [1]   7/9
regional [1]   17/12
related [1]   8/23
relief [2]   5/11 8/1
REPORTER [2]   2/6 20/15
representation [1]   5/6

**R**

**request [1]**   5/16
**requests [1]**   14/17
**reset [1]**   18/12
**residue [17]**
**resolution [1]**   3/24
**resolved [2]**   5/17 6/10
**ridiculous [1]**   14/24
**right [12]**
**Room [1]**   2/8
**Rusk [1]**   2/7

**S**

**same [2]**   10/19 12/22
**saw [1]**   19/12
**scheduled [3]**   4/15 4/18 14/6
**seeking [1]**   8/13
**seems [1]**   9/16
**seen [14]**
**sees [1]**   18/15
**selling [1]**   10/20
**send [1]**   18/16
**sense [1]**   16/4
**sent [1]**   10/13
**service [1]**   9/18
**set [1]**   18/2
**sets [1]**   9/12
**several [3]**   4/1 4/4 15/8
**she [1]**   18/21
**side [1]**   16/6
**sign [1]**   12/3
**signed [2]**   10/17 10/18
**similarly [1]**   12/21
**simply [1]**   9/11
**situation [2]**   7/13 16/11
**slip [1]**   12/24
**somehow [4]**   9/5 16/6 19/1 19/22
**soon [1]**   18/10
**sooner [1]**   19/13
**Sorry [1]**   7/8
**sort [1]**   12/24
**sounds [2]**   6/11 8/2
**SOUTHERN [1]**   1/1
**speaking [1]**   16/22
**specialist [14]**
**specialists [1]**   18/8
**specialty [2]**   12/2 15/2
**specific [1]**   18/25
**SPEER [2]**   1/16 3/17
**spoke [1]**   4/7
**staff [1]**   18/17
**STATES [2]**   1/1 1/8
**Station [2]**   1/19 2/4
**stenography [1]**   1/24
**step [2]**   10/25 11/13
**still [5]**   4/16 7/23 8/2 8/12
  14/15
**stop [8]**
**substitution [1]**   12/18
**Suite [1]**   1/13
**supposed [2]**   14/6 14/24

**T**

**takes [3]**   11/11 13/22 19/17
**TDCJ [28]**
**TDCJ's [1]**   9/18
**team [1]**   9/9
**term [1]**   10/5
**terms [4]**   8/13 11/5 11/13 15/14
**TERRY [2]**   1/16 3/17
**testify [1]**   11/2
**TEXAS [9]**
**Thank [4]**   19/15 20/4 20/5 20/7
**there's [4]**   10/5 14/19 19/5 19/9
**they [25]**
**they can [1]**   16/18
**thing [3]**   10/19 11/16 16/11
**things [1]**   4/11
**think [3]**   15/11 15/22 16/11

**time [6]**
**times [1]**   12/8
**today [1]**   5/7
**told [3]**   5/25 6/20 6/24
**transcript [3]**   1/7 1/24 20/10
**transcription [1]**   1/25
**translated [3]**   9/5 16/7 16/8
**transmitted [3]**   11/19 19/2 19/24
**treated [1]**   12/21
**trust [1]**   5/5
**turned [1]**   10/3
**two [7]**

**U**

**U.S [1]**   2/7
**Uh [3]**   4/5 15/21 17/8
**Uh-huh [3]**   4/5 15/21 17/8
**understand [4]**   7/14 13/20 15/23
  19/17
**understanding [4]**   12/18 13/2
  13/13 16/18
**unit [11]**
**UNITED [2]**   1/1 1/8
**University [1]**   3/17
**unless [2]**   11/20 11/23
**up [9]**
**upcoming [2]**   7/23 8/5
**Usually [1]**   12/12
**UT [2]**   3/14 9/10
**UTM [1]**   13/11
**UTMB [24]**

**V**

**VANESSA [1]**   1/7
**variety [1]**   5/13
**versus [2]**   3/2 3/5

**W**

**WARREN [3]**   1/16 3/16 3/22
**way [1]**   10/14
**week [1]**   15/8
**weeks [2]**   4/1 4/4
**went [2]**   6/21 15/19
**whatever [5]**   7/22 16/16 17/10
  18/3 19/3
**where's [3]**   9/6 9/22 11/13
**who's [3]**   3/6 3/10 3/14
**whole [1]**   18/24
**write [2]**   14/15 18/15
**writes [1]**   11/17
**writing [1]**   11/20 11/24
**written [4]**   11/19 13/10 13/16
  17/16
**writting [1]**   11/25

**Y**

**yeah [3]**   5/13 10/15 14/9
**yes [19]**
**yet [1]**   9/20